John L. Krieger (CA Bar No. 212325)
JKrieger@dickinson-wright.com
**DICKINSON WRIGHT PLLC**
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone: (702) 550-4400
Facsimile: (844) 670-6009

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ortal Rebecca Kouchnir p/k/a Tali or Tali Kouch,<br><br>Plaintiff,<br><br>v.<br><br>Kevin Saurer p/k/a Hippie Sabotage, an individual; Jeff Saurer an individual p/k/a Hippie Sabotage; and Gadfly Communications, Inc. d/b/a iHipHop Distribution, a California corporation; Orchard Enterprises NY, Inc., d/b/a The Orchard, a New York corporation.<br><br>Defendants. | Case No.   2:23-cv-10694-WLH-PVC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ortal Rebecca Kouchnir p/k/a Tali or Tali Kouch, by and through her counsel of record, has resolved her differences with Defendants Kevin Saurer p/k/a Hippie Sabotage, Jeff Saurer p/k/a Hippie Sabotage, Gadfly Communications, Inc. d/b/a iHipHop Distribution, and Orchard Enterprises NY,

1  Inc., and each of them, and voluntarily dismisses the above-captioned action with
2  prejudice, with each side to bear its own costs and attorneys' fees.

3

4       Dated: March 28, 2025.   Respectfully submitted,

5                                **DICKINSON WRIGHT PLLC**

6                                By: */s/ John L. Krieger*
7                                John L. Krieger (CA Bar No. 212325)
                                 JKrieger@dickinson-wright.com
8                                3883 Howard Hughes Parkway, Suite 800
                                 Las Vegas, Nevada 89169
9                                Telephone: (702) 550-4400
                                 Facsimile: (844) 670-6009
10
                                 *Attorneys for Plaintiff*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that I will cause a true and correct copy of the foregoing document to be served via email or by CM/ECF on March 28, 2025, on all counsel or parties of record and interested parties.

*/s/ John L. Krieger*
John L. Krieger